**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR7** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MARTIN CABALLERO-BRINGAS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant, Martin Caballero-Bringas' Unopposed Motion to Continue Trial [54].   Counsel needs additional time to resolve this matter short of trial, or in the alternative to prepare for trial. The court has been advised that the co-defendant does not object to the motion. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [54] is granted, as follows:

1.  The jury trial**, as to both defendants,** now set for October 24, 2023, is continued to **January 2, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 2, 2024,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

 **DATED:  October 16, 2023**

        **BY THE COURT:**


        **s/ Susan M. Bazis**
        **United States Magistrate Judge**